Theodore S. Maceiko (SBN 150211)
ted@maceikoip.com
MACEIKO IP
3770 Highland Avenue, Suite 207
Manhattan Beach, California 90266
Telephone: (310) 545-3311
Facsimile: (310) 545-3344

Attorneys for Plaintiff/Counter-Defendant
Mad Dogg Athletics, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAD DOGG ATHLETICS, INC., a California corporation,<br><br>    Plaintiff,<br>v.<br>FITNESS MASTER, INC., a Texas corporation,<br><br>    Defendant. | Case No. 2:15-cv-02616-CAS-JCG<br><br>Assigned for all purposes to Judge Christina A. Snyder<br><br>[~~PROPOSED~~] CONSENT JUDGMENT |
| FITNESS MASTER, INC., a Texas corporation,<br><br>    Counter-Claimant,<br>v.<br>MAD DOGG ATHLETICS, INC., a California corporation,<br><br>    Counter-Defendant. | |

  WHEREAS plaintiff, Mad Dogg Athletics, Inc. ("Mad Dogg"), and defendant, Fitness Master, Inc. ("FMI") have agreed in a separate agreement to settlement of the matter in issue between them and to entry of this judgment, it is ORDERED, ADJUDGED AND DECREED THAT:

  1.  Mad Dogg alleged claims for Patent Infringement.

  2.  The Court has jurisdiction over the parties in this action and over the subject matter in issue based on 28 U.S.C. §§ 1331 and 1338(a). The Court further has continuing jurisdiction to enforce the terms and provisions of the Consent

Judgment. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

3. Mad Dogg is a corporation incorporated under the laws of the State of California, and has its principal place of business at 2111 Narcissus Court, Venice, California 90291.

4. FMI is a Texas corporation having a principal place of business at 11419 Mathis, Suite 200, Farmers Branch, Texas 75234.

5. FMI has imported, made, used, sold, offered for sale or distributed certain indoor cycling bikes and denies any wrongdoing or infringement.

6. Mad Dogg is the owner of U.S. Patent Nos. 6,155,958; 6,468,185; 6,881,178; 7,455,627 and 8,057,364, which were valid and enforceable during their term.

7. Mad Dogg is the owner of U.S. Patent Nos. 6,669,603 and 7,419,458 which are valid and enforceable.

8. Mad Dogg is the owner of U.S. Trademark Registration No. 2,173,202 for the standard word mark, SPIN, which is valid and enforceable, throughout the United States and which has become incontestible pursuant to 15 U.S.C. § 1065.

9. The Parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 24, 2015

*[signature: Christina A. Snyder]*
United States District Judge

1 Approved as to form and content:

2 MACEIKO IP

3
4 By: */Theodore S. Maceiko/*
   Theodore S. Maceiko

5 Attorneys for Plaintiff
   Mad Dogg Athletics, Inc.

6
7 Dated: November 19, 2015

8

9 BRUCE STONE LLP
10 WILLENKEN WILSON LOH & DELGADO LLP

11 By: */Chia-li Shih Bruce/*
   Chia-li Shih Bruce

12
13 Attorneys for Defendant
   Fitness Master, Inc.

14 Dated: November 19, 2015

15

16

17

18

19

20

21

22

23

24

25

26

27

28